UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD G. SPANGLER,

    Petitioner,

                                      Case No. 1:14-cv-1089

v.

                                      HON. ROBERT HOLMES BELL

SHERRY BURT,

    Respondent.
_____/

## FINAL ORDER

In accordance with the Opinion issued this date,

**IT IS HEREBY ORDERED** that Petitioner's Objections (ECF No. 7) to the Report and Recommendation of the Magistrate Judge are **OVERRULED**.

**IT IS FURTHER ORDERED** that the December 12, 2014, Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for a writ of habeas corpus (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.


Dated: January 6, 2015                          /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         UNITED STATES DISTRICT JUDGE